Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| PAUL CANTWELL, and FINDLAY CANTWELL, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, and the MARSH & MCLENNAN AETNA MEDICAL PLAN, <br><br> Defendants. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br> Case No. 1:24-cv-00078-RJS-JCB <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Jared C. Bennett |

Plaintiffs Paul Cantwell., ("Paul") and Findlay Cantwell ("Findlay"), through their undersigned counsel, seek leave to file a second amended complaint in this matter. Good cause for further amendment exists, as upon reviewing the first amended complaint in advance of today's deadline for amending pleadings,[1] Plaintiffs' counsel discovered that certain factual allegations necessary to clarify Plaintiffs' position concerning the denial of benefits for Catalyst

---
[1] As ordered in ECF Doc. No. 22, at 3 of 4.

1

had incorrectly been left out of the previous draft. In addition, Plaintiffs seek to correct the amount at issue and revise their estimate for damages downward after the Court dismissed the claims for Elements due to a failure to exhaust remedies. Because Fed. R. Civ. P. 15(a) asks courts to freely give leave "when justice so requires," and correcting inaccuracies and accidental omissions in the Complaint serves the interests of justice, Plaintiffs ask that the Court grant them leave to file a second amended complaint.

Plaintiffs contacted counsel for Defendants to attempt to obtain consent, but did not receive a response prior to the close of business on the date of filing. A redlined draft of the proposed second amended complaint is attached as Exhibit A.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court allow them leave to file a second amended complaint.

DATED this 7th day of July 2025.

/s/ Brian S. King
BRIAN S. KING, P.C.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served to has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

/s/ Brian S. King
Attorney for Plaintiff